IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD L. BOOZER, SR., | : | CIVIL ACTION NO. **3:CV-13-0640** |
| Plaintiff | : | (Judge Conaboy) |
| v. | : | (Magistrate Judge Blewitt) |
| KATE SAUNDERS, et al., | : | |
| Defendants | : | |

### ORDER

AND NOW, this 25th day of **July, 2014, IT IS HEREBY ORDERED THAT** Plaintiff's Motion for Appointment of Counsel (**Doc. 53**) is **DENIED**. In the event the circumstances of this case should change, the Court will consider a new application for counsel at such time.

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: July 25, 2014

FILED
SCRANTON
JUL 25 2014
PER_____
DEPUTY CLERK